**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>        Defendants. | Case No. 1:25-cv-000096-JLH<br><br>**<u>CLASS ACTION</u>** |

[Additional caption on following page.]

**MOTION OF GRINDYZER INC. FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

**Dated: March 24, 2025**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gregory V. Varallo (DE Bar ID #2242)
Andrew Blumberg (DE Bar ID #6744)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com
andrew.blumberg@blbglaw.com

*Liaison Counsel for Proposed Lead Plaintiff Grindyzer Inc.*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Naumon A. Amjed (DE Bar ID #4481)
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com

*Counsel for Proposed Lead Plaintiff Grindyzer Inc. and Proposed Lead Counsel for the Class*

NEIL SHAH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,

Defendants.

Case No. 1:25-cv-00356-UNA

**<u>CLASS ACTION</u>**

PLEASE TAKE NOTICE that class member and proposed Lead Plaintiff Grindyzer Inc. ("Grindyzer"), by and through its counsel, hereby moves this Court for the entry of an Order: (1) consolidating the above-captioned, related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing Grindyzer as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; (3) approving Grindyzer's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Grindyzer submits herewith an opening brief and the declaration of Andrew Blumberg with exhibits attached thereto.

DATED:  March 24, 2025

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (DE Bar ID #2242)
Andrew Blumberg (DE Bar ID #6744)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com
andrew.blumberg@blbglaw.com

*Liaison Counsel for Proposed Lead Plaintiff*
*Grindyzer Inc.*

**KESSLER TOPAZ**
**  MELTZER & CHECK, LLP**
Naumon A. Amjed (DE Bar ID #4481)
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com

1

*Counsel for Proposed Lead Plaintiff*
*Grindyzer Inc. and Proposed Lead Counsel*
*for the Class*

2

## <u>CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1</u>

This Motion has been filed pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B). The PSLRA provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Grindyzer Inc. has no way of knowing who the competing lead plaintiff candidates are at this time. As a result, counsel for Grindyzer has been unable to confer with opposing counsel as prescribed in D. Del. LR 7.1.1, and respectfully requests that the conference requirement of D. Del. LR 7.1.1 be waived for this Motion.

DATED: March 24, 2025

/s/ Gregory V. Varallo
Gregory V. Varallo (DE Bar ID #2242)
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com

*Liaison Counsel for Proposed Lead Plaintiff
Grindyzer Inc.*

3