## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

This motion has been filed pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B).  The PSLRA provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying actions.  Consequently, counsel for Burgess has no way of knowing who the competing lead plaintiff candidates are at this time.  As a result, counsel for Burgess has been unable to confer with opposing counsel as prescribed in Local Rule 7.1.1, and respectfully requests that the conference requirement of Local Rule 7.1.1 be waived for this motion.

Respectfully submitted,

**DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw

March 24, 2025