# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | Case No. 1:25-cv-00096-JLH |
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | Case No. 1:25-cv-00356-UNA |

**NOTICE OF MOTION AND MOTION OF NEIL SHAH AND RICHARD LUNN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that Neil Shah and Richard Lunn ("Shah and Lunn") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Shah and Lunn as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Shah and Lunn's selection of Glancy Prongay

& Murray LLP as Lead Counsel and Bielli & Klauder, LLC as Liaison Counsel for the proposed class; and (4) granting such other relief as the Court may deem just and proper.

In support of their motion, Shah and Lunn rely on the accompanying memorandum of law, the declaration of John C. Phillips, Jr. and exhibits thereto, and such other papers as may be filed in support of this motion. A proposed order is also submitted herewith.

### LOCAL RULE 7.1.1 CERTIFICATION

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Shah and Lunn have no way of knowing with certainty who, if any, the competing lead plaintiff candidates will be at this time. As a result, counsel for Shah and Lunn have been unable to conference with opposing counsel as prescribed in Local Rule 7.1.1, and respectfully request that the conference requirement of Local Rule 7.1.1 be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Shah and Lunn as lead plaintiff.

1

DATED: March 24, 2025                    Respectfully submitted,

                                                    **BIELLI & KLAUDER, LLC**

By: */s/ Ryan M. Ernst*
Ryan M. Ernst (ID No. 4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Email: rernst@bk-legal.com

*Liaison Counsel for Lead Plaintiff Movants Neil Shah and Richard Lunn and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email:  rprongay@glancylaw.com
           clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movants Neil Shah and Richard Lunn and Proposed Lead Counsel for the Class*