## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | Case No. 1:25-cv-00096-JLH |
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | Case No. 1:25-cv-00356-UNA |

## [PROPOSED] ORDER

Having considered the Motion of Neil Shah and Richard Lunn for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Crocs, Inc. Securities Litigation*, Master File No. 1:25-cv-00096-JLH;

1

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Neil Shah and Richard Lunn as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Bielli & Klauder, LLC as Liaison Counsel for the class.

**IT IS SO ORDERED.**


Dated: _____, 2025          _____
                                          HON. JENNIFER L. HALL
                                          UNITED STATES DISTRICT JUDGE