**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | Case No. 1:25-cv-00096-JLH |
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | Case No. 1:25-cv-00356-UNA |

**DECLARATION OF RYAN M. ERNST IN SUPPORT OF THE MOTION OF NEIL SHAH AND RICHARD LUNN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Ryan M. Ernst, hereby declare as follows:

1. I am a partner with the law firm of Bielli & Klauder, LLC, Liaison Counsel for Lead Plaintiff Movants Neil Shah and Richard Lunn ("Shah and Lunn") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of Shah and Lunn's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval

1

of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:   Press release published January 22, 2025 on *New Media Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:   Signed PSLRA Certifications of Shah and Lunn;

Exhibit C:   Analysis of Shah and Lunn's financial interest;

Exhibit D:   Joint Declaration of Neil Shah and Richard Lunn in Support of Their Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel; and

Exhibit E:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 24th day of March 2025.

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)

2