# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Crocs, Inc.
**Ticker:** CROX
**Class Period:** 11/03/2022 - 10/28/2024

**Name:** Richard Lunn

| | | | Common Stock | | | |
|---|---|---|---|---|---|---|
| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
| 6/3/2024 | 68 | $157.9410 | -$10,739.9880 | | $0.0000 | -$10,739.99 |
| 11/18/2024 | -68 | | $0.0000 | $103.3307 | $7,026.4853 | $7,026.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$3,713.50** |
| | | | **90-Day Average Price** | | **90-Day Average:** | **$0.00** |
| | | | $106.7829 | | **Total:** | **-$3,713.50** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between October 29, 2024 and January 24, 2025. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

**Name:** Neil Shah

| | | | Options | | | |
|---|---|---|---|---|---|---|
| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
| 10/16/2024 | Buy to Open | Call | 1/15/2027 / $70 | 9 | $79.0000 | -$71,100.00 |
| 1/26/2025 | Retained Value | Call | 1/15/2027 / $70 | -9 | $51.1600 | $46,044.00 |
| | **Contracts Remaining:** | | | **0** | **Total:** | **-$25,056.00** |

Notes

The Retained Value of calls used in this financial interest analysis is the average closing price between October 29, 2024 and January 24, 2025.