# EXHIBIT D

## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>      Defendants. | Case No. 1:25-cv-00096-JLH |
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>      Defendants. | Case No. |

**JOINT DECLARATION OF NEIL SHAH AND RICHARD LUNN IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

The undersigned, under penalties of perjury under the laws of the United States of America, declare as follows:

1.      We respectfully submit this Joint Declaration in support of our Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel filed concurrently herewith (the "Lead Plaintiff Motion"). We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.      I, Neil Shah, reside in Los Angeles, California. I am a physician. I have been managing my own investments for approximately 6 years. I have a degree in medicine from the University of Wisconsin.

3.      I, Richard Lunn, reside in Leicester, England and have been managing my own investments for more than 20 years. I am a self-employed health and safety consultant. Prior to that, I was a research and development scientist in the pharmaceutical industry. I have a degree in Applied Chemistry from Nottingham Trent University.

4.      We each reached out to counsel seeking representation in this class action against Crocs, Inc. ("Crocs"), reviewed the class action complaints against Crocs and the other defendants, and expressed a desire to seek appointment as lead plaintiff individually or with other investors.

5.      Before our Lead Plaintiff Motion was filed, we conferred with each other and counsel by email and held a conference call with each other and with Glancy Prongay & Murray LLP ("GPM") to discuss filing a joint motion for appointment as lead plaintiff. During our discussions, we reviewed the respective responsibilities of counsel and lead plaintiff. We also discussed a protocol for maintaining regular contact with each other and with counsel to ensure that we have an effective and efficient method of decision-making during the litigation. We have each other's contact information to allow for communication amongst ourselves absent the

Docusign Envelope ID: 39E4D665-8C73-45E4-96C9-E56991AF44C6

presence of counsel, if necessary. Through our discussions with each other and counsel we decided to collectively move for appointment as lead plaintiff in this securities class action and to propose GPM as lead counsel for the class.

6.      We believe that the Court should appoint us as lead plaintiff because we are investors with a significant interest in the outcome of the litigation, and we have the capability and competency to oversee this litigation to a successful conclusion. We also collectively purchased both stock and call options. We have carefully considered, with the assistance of counsel, the merits of this action and our respective losses. We are capable of actively participating in this action and are committed to doing so, in part by working closely with our counsel, to obtain the best possible recovery for the class in an efficient manner.

7.      We each have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. We have agreed to exercise joint decision-making and to work together if appointed in this action to protect the interests of the class. We will have periodic communications with counsel, and without if necessary, to discuss the status of the litigation and ensure its proper prosecution. We are committed to the zealous prosecution of this case and will remain actively involved in it, including through our attendance at deposition and trial, if necessary. We understand that if appointed we would both owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with lead counsel to obtain the largest possible recovery for the putative class in good faith and with vigorous advocacy.

8.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary

obligations to the class. We recognize that in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

9.      We have selected proposed lead counsel in this action based upon their experience and resources, and we are confident in our ability to work with our counsel to protect the interest of the class. We understand that one of our primary responsibilities will be overseeing lead counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

10.     We understand that, as the lead plaintiff in this action, we are subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct.

Executed on __3/23/2025_____ .

_____
Neil Shah

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct.

Executed on __3/23/2025_____ .

_____
Richard Lunn

3