## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | Case No. 1:25-cv-00096-JLH<br><br>**CLASS ACTION** |
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | Case No. 1:25-cv-00356-UNA<br><br>**CLASS ACTION** |

**DECLARATION OF ANDREW BLUMBERG IN SUPPORT OF THE MOTION OF GRINDYZER INC. FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Andrew Blumberg, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware, and I am admitted to practice before this Court.  I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP.  I submit this Declaration in support of the Motion of Grindyzer Inc. for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Sworn Certification of Grindyzer Inc. pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Chart of Grindyzer Inc.'s transactions and losses in Crocs, Inc. common stock during the Class Period;

Exhibit C:    Declaration of Hicham El Hajj in Support of the Motion of Grindyzer Inc. for Appointment as Lead Plaintiff and Approval of Selection of Counsel;

Exhibit D:    Notice of pendency of *Carretta v. Crocs, Inc., et al.*, No. 1:25-cv-00096-JLH (D. Del.), published on January 22, 2025, in *PR Newswire*; and

Exhibit E:    Firm Profile of Kessler Topaz Meltzer & Check, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of March 2025.

Andrew Blumberg (DE Bar ID #6744)

1