# EXHIBIT A

## CERTIFICATION

Grindyzer Inc. ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.      Plaintiff's Class Period purchase and sale transactions in the Crocs, Inc. securities that are the subject of this action are listed in the attached Schedule A.

4.      Plaintiff has full power and authority to bring suit to recover for the investment losses listed in the attached Schedule A.

5.      Plaintiff has reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.      I, Hicham El Hajj, President and Treasurer of Grindyzer Inc., am authorized to make legal decisions, and execute this Certification, on Plaintiff's behalf.

7.      Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.      Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.      Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _3/14/2025_____

**Grindyzer Inc.**

Signed by:

By: Hicham El Hajj
130344596EDA4EB...

Hicham El Hajj, President and Treasurer of Grindyzer Inc.

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 6/12/2024 | 250 | $157.2616 |