# **<u>EXHIBIT B</u>**

**Grindyzer Inc.**
**LIFO Losses in Crocs, Inc.**
CP: 11/03/2022 - 10/28/2024
Retained Shares valued at:    $106.78

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/12/2024 | 250 | $157.2616 | $39,315.40 | Retained Shares | | 250 | $106.78 | $26,695.72 |
| | | 250 | | $39,315.40 | | | 250 | | $26,695.72 |

*LIFO Losses in Crocs, Inc.*    ($12,619.68)