# EXHIBIT C

**DECLARATION OF HICHAM EL HAJJ IN SUPPORT OF THE MOTION OF
GRINDYZER INC. FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

I, Hicham El Hajj, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of Grindyzer Inc. ("Grindyzer")'s motion for appointment as Lead Plaintiff and approval of selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel for the proposed class in the securities class action litigation pending against Crocs, Inc. ("Crocs") and certain of its executive officers (collectively, "Defendants").  I am aware that this litigation is brought on behalf of a class of all persons and entities who purchased or otherwise acquired Crocs common stock between November 3, 2022, and October 28, 2024, inclusive (the "Class Period").  I have personal knowledge about the information in this Declaration and, if required, could and would competently testify thereto.

2.      I am the President and Treasurer of Grindyzer, and I am authorized to make this Declaration on behalf of Grindyzer.  Grindyzer is a Canadian consulting company specializing in providing program and project management services around the globe.  Grindyzer has several employees, each of which has experience across a range of industries, including Information Technology (IT/IS), Engineering, Healthcare, Legal, Software Development, Logistics, and Transportation.  In addition to its consulting business, Grindyzer also invests in various securities, including investments in Crocs common stock during the Class Period.  As set forth in Grindyzer's motion for appointment as Lead Plaintiff and supporting papers, Grindyzer suffered substantial losses as a result of its investments in Crocs common stock during the Class Period.

3.      Grindyzer is familiar with the facts and circumstances related to the pending class action lawsuit filed by Kessler Topaz against Crocs.  After becoming aware of the lawsuit filed against Crocs, Grindyzer's investments in Crocs were submitted to Kessler Topaz in order to discuss the litigation.  Prior to the filing of Grindyzer's motion, I, on behalf of Grindyzer, had multiple discussions with attorneys from Kessler Topaz, via telephone and email, regarding the litigation against Crocs, the possibility of Grindyzer serving as a lead plaintiff on behalf of other

Crocs investors, and the duties and responsibilities that Grindyzer would assume if appointed as lead plaintiff under the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

4.    Grindyzer was informed of and understands that it is under no obligation to seek appointment as lead plaintiff or to retain Kessler Topaz or any other firm to represent Grindyzer in this litigation.  Grindyzer is aware that it is free to select any qualified law firm to act as its counsel in this case.

5.    After being advised of Kessler Topaz's experience representing investors in securities fraud class action lawsuits as lead counsel, Grindyzer affirmatively decided to retain Kessler Topaz to file a motion on its behalf seeking its appointment as lead plaintiff.  In connection with this decision, counsel was provided with information regarding all of Grindyzer's transactions in Crocs securities.  On behalf of Grindyzer, I also executed a retention agreement with counsel before Grindyzer's motion was filed and authorized Kessler Topaz to seek appointment as Lead Counsel.

6.    Grindyzer understands the responsibilities and obligations with which a lead plaintiff is charged under the PSLRA, which include acting as a fiduciary for all class members, staying informed about the litigation, and overseeing lead counsel.  Grindyzer accepts these responsibilities and is willing to oversee the efficient and vigorous prosecution of this litigation in order to maximize the class's recovery.  Grindyzer also recognizes the importance of selecting qualified counsel to prosecute the litigation, and that counsel does so in a cost-effective manner. With respect to Grindyzer's selected counsel, Grindyzer believes that the class will benefit from having a law firm experienced in litigating securities class actions and successfully serving as Lead Counsel.  Grindyzer has been informed of and is familiar with the experience, resources, and successes of proposed Lead Counsel, Kessler Topaz, and is aware that Kessler Topaz is an accomplished law firm with a history of achieving significant recoveries in actions it has prosecuted.  Furthermore, Kessler Topaz has already demonstrated its commitment to the prosecution of this case and to the protection of the class's interests through, among other things,

its thorough pre-suit investigation into Defendants' conduct and its analysis of the merits of potential claims here. This investigation resulted in Kessler Topaz filing this action against Defendants on behalf of the class. Through Grindyzer's oversight of proposed counsel, Grindyzer is confident that Kessler Topaz will prosecute this litigation in a zealous and efficient manner.

7. Grindyzer will remain involved in this litigation after the filing of the motion, including having discussions with attorneys from Kessler Topaz regarding the motion and the competing motions, if any, filed by other movants. Based on the significance of Grindyzer's losses, Grindyzer is highly motivated, through oversight of its chosen counsel, to recover the maximum amount possible for fellow Crocs investors.

8. Grindyzer understands that the obligations of a lead plaintiff under the PSLRA include attending court proceedings, depositions, settlement mediations, and hearings as needed, and communicating regularly with counsel regarding the litigation, including reviewing and authorizing the filing of important litigation documents, and hereby reaffirm Grindyzer's commitment to satisfying these obligations and obtaining the greatest possible recovery for the class. Grindyzer also understands that a lead plaintiff is required to direct counsel, which I, on behalf of Grindyzer, am prepared to do throughout this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed: 3/20/2025

By: _Hicham El Hajj_
  Signed by: 130344596EDA4EB...
Hicham El Hajj, President and Treasurer of Grindyzer Inc.