**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated, | C.A. No. 1:25-cv-00096-JLH |
| | Hon. Judge Jennifer L. Hall |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY, | |
| Defendants. | |
| | |
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated, | C.A. No. 1:25-cv-00356-UNA |
| Plaintiff, | |
| v. | |
| CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY, | |
| Defendants. | |

**MOTION OF JOHN D. BURGESS FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

John D. Burgess ("Burgess") hereby respectfully moves this Court, pursuant to Section

21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the

Private Securities Litigation Reform Act of 1995, and Federal Rule of Civil Procedure 42, for the

1

entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Burgess as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons or entities that purchased or otherwise acquired shares of Crocs, Inc. common stock or call options between November 3, 2022, and October 28, 2024, inclusive; and (3) approving proposed Lead Plaintiff Burgess's selection of Pomerantz LLP as Lead Counsel and deLeeuw Law LLC as Liaison Counsel for the Class.

In support of this motion, Burgess respectfully submits herewith the accompanying Opening Brief, Declaration of P. Bradford deLeeuw, and exhibits appended thereto.

Dated:  March 24, 2025                                  Respectfully submitted,

**DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
Facsimile: (302) 351-6905
brad@deleeuwlaw.com

*Counsel for Lead Plaintiff Movant John D. Burgess*
*and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant John D. Burgess*
*and Proposed Lead Counsel for the Class*