**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-00096-JLH |
| Plaintiff, | |
| v. | |
| CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY, | |
| Defendants. | |

**MOTION OF PAULA BOSLER FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**<u>APPROVAL OF HER SELECTION OF LEAD COUNSEL</u>**

Derrick B. Farrell (Bar No. 5747)
**BLEICHMAR FONTI & AULD LLP**
3411 Silverside Road
Baynard Building, Suite 104
Wilmington, Delaware 19810
Telephone: (302) 499-2112
Facsimile: (302) 691-1331
dfarrell@bfalaw.com

*Counsel for Proposed Lead Plaintiff Paula Bosler*
*and Proposed Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

Dated: March 24, 2025

PLEASE TAKE NOTICE that on a date and at such time as may be designated by the Court, before the Honorable Jennifer L. Hall, at the United States District Court for the District of Delaware, located at the J. Caleb Boggs Federal Building, 844 N. King Street, Unit 17, Room 6312, Wilmington, DE 19801-3555, Paula Bosler, by and through her undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Ms. Bosler as Lead Plaintiff in the above-captioned securities class action; (2) approving her selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; and (3) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Ms. Bosler believes that she is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Ms. Bosler believes she has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $134,000 in losses that she incurred on her investments in Crocs, Inc. common stock during the Class Period, as assessed under the U.S. Supreme Court's ruling in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005).  Ms. Bosler also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because her claims are typical of other Class members' claims and because she will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Derrick Farrell filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Ms. Bosler respectfully requests that the Court: (1) appoint her as Lead Plaintiff pursuant to the PSLRA; (2) approve her selection of BFA as Lead Counsel for the Class; and (3) grant any such further relief as the Court may deem just and proper.

Dated: March 24, 2025

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Derrick B. Farrell*
Derrick B. Farrell (Bar No. 5747)
3411 Silverside Road
Baynard Building, Suite 104
Wilmington, Delaware 19810
Telephone: (302) 499-2112
Facsimile: (302) 691-1331
dfarrell@bfalaw.com

-and-

Javier Bleichmar (*pro hac vice* forthcoming)
300 Park Ave., Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

-and-

Adam C. McCall (*pro hac vice* forthcoming)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (212) 789-2303
Facsimile: (415) 445-4020
amccall@bfalaw.com

*Counsel for Proposed Lead Plaintiff Paula Bosler, and Proposed Lead Counsel for the Putative Class*

2

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

This Motion has been filed pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B). The PSLRA provides that within sixty days after publication of the notice of the pendency of the action, any member of the proposed class may apply to the Court to be appointed Lead Plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Paula Bosler has no way of knowing who the competing Lead Plaintiff candidates are at this time. As a result, counsel for Ms. Bosler has been unable to confer with opposing counsel as prescribed in Local Rule 7.1.1, and respectfully requests that the conference requirement of Local Rule 7.1.1 be waived for this Motion.

DATED: March 24, 2025

*/s/ Derrick B. Farrell*
Derrick B. Farrell (Bar No. 5747)
**BLEICHMAR FONTI & AULD LLP**
3411 Silverside Road
Baynard Building, Suite 104
Wilmington, Delaware 19810
Telephone: (302) 499-2112
Facsimile: (302) 691-1331
dfarrell@bfalaw.com

3