**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>                    Defendants. | Case No.: 25-cv-00096-JLH |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF GENE NADLER'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF SELECTION OF COUNSEL**

I, Brian E. Farnan, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Farnan LLP, proposed Liaison Counsel for lead plaintiff movant Gene Nadler ("Movant"). I respectfully submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of selection counsel for the Class.

2.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Crocs, Inc. ("Crocs" or the "Company") common stock;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Crocs common stock;

**Exhibit C**:    Press Release published January 22, 2025, on *PRNewswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Carretta v. Crocs, Inc., et. al.,* Case No. 1:25-cv-00096-JLH;

**Exhibit D**:    Firm Résumé of Levi & Korsinsky, LLP, proposed Lead Counsel for the

Class; and

**Exhibit E**:    Firm Résumé of Farnan LLP, proposed Liaison Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: March 24, 2025

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)

2