## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-00096-JLH |
| Plaintiff, | |
| v. | |
| CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY, | |
| Defendants. | |

## DECLARATION OF DERRICK FARRELL IN SUPPORT OF THE MOTION OF PAULA BOSLER FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF HER SELECTION OF LEAD COUNSEL</u>

I, Derrick Farrell, declare as follows:

1.    I am a member in good standing of the bar of the State of Delaware and of this Court. I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA"). I submit this declaration in support of the Motion filed by Paula Bosler for: (1) appointment as Lead Plaintiff; (2) approval of her selection of BFA to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:    Declaration of Ms. Bosler;

EXHIBIT B:    Notice of pendency of *Carretta v. Crocs, Inc.*, No. 1:25-cv-00096-JLH (D. Del.) published on January 22, 2025;

EXHIBIT C:    Certification of Ms. Bosler;

EXHIBIT D:    Chart reflecting financial interest of Ms. Bosler prepared by BFA; and

EXHIBIT E:    Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of March 2025.

*/s/ Derrick B. Farrell*
Derrick Farrell

1