# EXHIBIT D

**Financial Interest Analysis for Paula Bosler**
**Class Period: November 3, 2022 - October 28, 2024**

**Crocs, Inc. Common Stock (FIFO/LIFO)**

| Security Type | Transaction Type | Trade Date | Shares | Price Per Share | Cost | ansaction Typ | Trade Date | Shares | Price Per Share | Proceeds | FIFO / LIFO Gain/(Loss) | FIFO / LIFO Gain/(Loss) Based on Dura[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | Pre-Class Period Position | 11/3/2022 | 0.00 | | | | | | | | n/a | n/a |
| Common Stock | Purchase | 6/28/2023 | 1,410.00 | 107.3900 | ($151,419.90) | Sale | 7/10/2023 | -1,410.00 | 117.3900 | $165,519.90 | $14,100.00 | $0.00 |
| Common Stock | Purchase | 9/11/2024 | 3,000.00 | 123.6900 | ($371,070.00) | Sale | 9/11/2024 | -3,000.00 | 125.1900 | $375,570.00 | $4,500.00 | $0.00 |
| Common Stock | Purchase | 10/17/2024 | 4,700.00 | 135.2900 | ($635,863.00) | Sale | 10/18/2024 | -4,700.00 | 138.2900 | $649,963.00 | $14,100.00 | $0.00 |
| Common Stock | Purchase | 10/22/2024 | 145.00 | 134.5300 | ($19,506.85) | Sale[2] | 1/21/2025 | -145.00 | 106.9446 | $15,506.97 | ($3,999.88) | ($3,999.88) |
| Common Stock | Purchase | 10/22/2024 | 4,700.00 | 134.5300 | ($632,291.00) | Retained[3] | | 4,700.00 | 106.7828 | $501,879.34 | ($130,411.66) | ($130,411.66) |
| | | | | | | | | | | | ($101,711.55) | ($134,411.55) |

[1] *Dura loss is the summation of the cost of Class Period purchases held through at least one of the Disclosures, proceeds of sales matched to purchases held through at least one of the Disclosures (if any), and the value of retained shares based on the 90-day look back average (if any). The pled disclosures occurred on 4/27/2023, 6/7/2023, 7/27/2023, 8/16/2023, 11/2/2023, 4/16/2024 and 10/29/2024 (the "Disclosures").*

[2] *Sales occurring during the 90-day lookback period are valued at the maximum of the actual sale price and the average price on the date of sale.*

[3] *Retained shares are valued at the average price from 10/29/2024 to 1/24/2025.*