UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:25-cv-00096-JLH |
| | ) | |
| Plaintiff, | ) | CLASS ACTION |
| | ) | |
| vs. | ) ) | |
| CROCS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**PROPOSED LEAD PLAINTIFF TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND AND TEAMSTERS LOCAL 237 SUPPLEMENTAL FUND FOR HOUSING AUTHORITY EMPLOYEES' NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

ROBBINS GELLER RUDMAN
  & DOWD LLP
Christopher H. Lyons (#5493)
1521 Concord Pike, Suite 301
Wilmington, DE  19803
Telephone:  302/467-2660

ROBBINS GELLER RUDMAN
  & DOWD LLP
Michael Albert
Kenneth P. Dolitsky
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058

**MARCH 24, 2025**

4907-6007-5820

PLEASE TAKE NOTICE that as soon as this matter may be heard before this Court, the undersigned counsel for proposed lead plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees (collectively, "Teamsters Local 237 Funds") will and hereby do move the Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B) for an Order: (i) appointing the Teamsters Local 237 Funds as Lead Plaintiff; and (ii) approving the Teamsters Local 237 Funds' selection of Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel.  Local Rule 7.1.1 requires "an averment of counsel for the moving party that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion."  Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Teamsters Local 237 Funds cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on March 24, 2025.  Under these narrow circumstances, the Teamsters Local 237 Funds respectfully request that the conferral requirement of D. Del. LR 7.1.1 be waived due to the fact that the Teamsters Local 237 Funds cannot confer with unknown movants.  The undersigned intends to rely upon the annexed Brief and Declaration of Christopher H. Lyons.  A proposed Order accompanies this Motion.

DATED:  March 24, 2025                        ROBBINS GELLER RUDMAN
                                                          & DOWD LLP


                                                          /s/ Christopher H. Lyons
                                                          Christopher H. Lyons (#5493)
                                                          1521 Concord Pike, Suite 301
                                                          Wilmington, DE  19803
                                                          Telephone:  302/467-2660
                                                          clyons@rgrdlaw.com

- 1 -

4907-6007-5820

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
Michael Albert
Kenneth P. Dolitsky
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4907-6007-5820