UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:25-cv-00096-JLH |
| Plaintiff, | CLASS ACTION |
| vs. | |
| CROCS, INC., et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

ROBBINS GELLER RUDMAN
  & DOWD LLP
Christopher H. Lyons (#5493)
1521 Concord Pike, Suite 301
Wilmington, DE  19803
Telephone:  302/467-2660

ROBBINS GELLER RUDMAN
  & DOWD LLP
Michael Albert
Kenneth P. Dolitsky
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058

**MARCH 24, 2025**

4902-9863-7100

Having considered Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees (collectively, "Teamsters Local 237 Funds") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel (the "Motion"), the Memorandum of Law, and Declaration of Christopher H. Lyons in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is **GRANTED**;

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), the Teamsters Local 237 Funds are appointed as Lead Plaintiff;

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a) preparing and filing all pleadings;

(b) briefing and arguing any and all motions;

(c) conducting any and all discovery proceedings including depositions;

(d) settlement negotiations;

(e) pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f) the supervision of all other matters concerning the prosecution or resolution of the action; and

4. All securities class actions on behalf of purchasers or acquirers of Crocs, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action; This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this

- 1 -

4902-9863-7100

Order within ten days after the action is consolidated into this action.  This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

*    *    *

**O R D E R**

IT IS SO ORDERED.

DATED:  _____            _____
                                                       THE HONORABLE JENNIFER L. HALL
                                                       UNITED STATES DISTRICT JUDGE

4902-9863-7100