**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY, <br><br> Defendants. | C.A. No. 1:25-cv-00096-JLH <br><br> Hon. Judge Jennifer L. Hall <br><br> <u>CLASS ACTION</u> |
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY, <br><br> Defendants. | C.A. No. 1:25-cv-00356-UNA |

**DECLARATION OF P. BRADFORD DELEEUW IN SUPPORT OF MOTION OF JOHN D. BURGESS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

1

I, P. Bradford deLeeuw, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware and am admitted to practice before this Court.  I am an attorney at the law firm of deLeeuw Law LLC ("deLeeuw Law"), proposed Liaison Counsel for the class.  I submit this declaration in support of the motion filed by John D. Burgess ("Burgess") for appointment as Lead Plaintiff and approval of his selection of Pomerantz LLP ("Pomerantz") to serve as Lead Counsel for the class and deLeeuw Law to serve as Liaison Counsel for the class.  I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would competently testify thereto.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Burgess's financial interest in this litigation; |
| Exhibit B: | Press release published over *PRNewswire* on January 22, 2025, announcing the pendency of the first-filed of the above-captioned related actions; |
| Exhibit C: | Shareholder Certification executed by Burgess; |
| Exhibit D: | Declaration executed by Burgess; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of deLeeuw Law. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 24, 2025, at Wilmington, Delaware.

/s/ P. Bradford deLeeuw
P. Bradford deLeeuw
DE Bar No. 3569

2