UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CROCS, INC., et al.,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:25-cv-00096-JLH

<u>CLASS ACTION</u>

**DECLARATION OF CHRISTOPHER H. LYONS IN SUPPORT OF PROPOSED LEAD PLAINTIFF TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND AND TEAMSTERS LOCAL 237 SUPPLEMENTAL FUND FOR HOUSING AUTHORITY EMPLOYEES' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL</u>**

ROBBINS GELLER RUDMAN
　& DOWD LLP
Christopher H. Lyons (#5493)
1521 Concord Pike, Suite 301
Wilmington, DE  19803
Telephone:  302/467-2660

ROBBINS GELLER RUDMAN
　& DOWD LLP
Michael Albert
Kenneth P. Dolitsky
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058

**MARCH 24, 2025**

4927-7996-0876

I, CHRISTOPHER H. LYONS, declare, under penalty of perjury, that:

1.      I am an attorney licensed to practice before all the courts of the State of Delaware and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movants Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees (collectively, "Teamsters Local 237 Funds") and proposed lead counsel for the putative class.  I submit this affidavit in support of the Teamsters Local 237 Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published on *New Media Wire*, a national business-oriented wire service, on January 22, 2025;

Exhibit B:      The Teamsters Local 237 Funds' Certifications; and

Exhibit C:      The Teamsters Local 237 Funds' loss estimate, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 24, 2025.

*/s/ Christopher H. Lyons*

CHRISTOPHER H. LYONS

- 1 -

4927-7996-0876