UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL ANTHONY CARRETTA,
Individually and on Behalf of All Others
Similarly Situated,

       Plaintiff,

v.

CROCS, INC., ANDREW REES, ANNE
MEHLMAN, and SUSAN HEALY,

       Defendants.

Case No.: 25-cv-96-JLH

**NOTICE OF WITHDRAWAL OF GENE NADLER'S MOTION FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**PLEASE TAKE NOTICE** that Gene Nadler ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff in the above-captioned action (the "Action") and Approval of Selection of Counsel. *See* D.I. 15. This withdrawal shall have no impact on Movant's membership in the putative class and his right to share in any recovery obtained for the benefit of the class members. If the Court decides that the present movants are either inadequate or atypical and, therefore, unable to represent the class, Movant stands ready, willing and able to serve as lead plaintiff.

Dated: March 26, 2025

Respectfully Submitted,

**FARNAN LLP**

By: */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
        mfarnan@farnanlaw.com

*Liaison Counsel for Gene Nadler*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Gene Nadler*

2