# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

  v.

CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,

        Defendants.

Case No. 1:25-cv-000096-JLH

**CLASS ACTION**

[Additional caption on following page.]

## NOTICE OF WITHDRAWAL OF THE MOTION OF GRINDYZER INC. FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

**Dated: March 28, 2025**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gregory V. Varallo (DE Bar ID #2242)
Andrew Blumberg (DE Bar ID #6744)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com
andrew.blumberg@blbglaw.com

*Liaison Counsel for Grindyzer Inc.*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Naumon A. Amjed (DE Bar ID #4481)
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com

*Counsel for Grindyzer Inc.*

NEIL SHAH, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

      v.

CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,

                Defendants.

Case No. 1:25-cv-00356-JLH

**<u>CLASS ACTION</u>**

On March 24, 2025, putative class member Grindyzer Inc. ("Grindyzer") timely filed a motion pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), seeking: (1) consolidation of the above-captioned, related actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointment of Grindyzer as Lead Plaintiff; (3) approval of Grindyzer's selection of Kessler Topaz Meltzer & Check, LLP to serve as Lead Counsel for the class; and (4) such other and further relief as the Court may deem just and proper. *See* D.I. 4 (the "Motion"). Five other movants also filed motions seeking appointment as lead plaintiff in the Related Actions. *See* D.I. 7, 11, 14, 15 & 20.

The PSLRA provides that in selecting a lead plaintiff, courts "shall adopt a presumption" that the movant asserting "the largest financial interest in the relief sought by the class" that "otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure" is the "most adequate plaintiff" to represent the class. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). As set forth in the opening brief in support of the Motion, Grindyzer suffered losses of approximately $12,619.68 under a last-in, first-out analysis in connection with its transactions in Crocs, Inc. common stock between November 3, 2022, and October 28, 2024, inclusive, and Grindyzer is otherwise adequate and typical in all respects. *See* D.I. 6.

Based upon the representations made by the competing movants, it appears that Grindyzer does not possess the largest financial interest in this litigation. As such, Grindyzer hereby withdraws the Motion. This withdrawal is submitted without prejudice to Grindyzer's right to participate in this litigation or share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

DATED: March 28, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (DE Bar ID #2242)
Andrew Blumberg (DE Bar ID #6744)
500 Delaware Avenue, Suite 901

1

Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com
andrew.blumberg@blbglaw.com

*Liaison Counsel for Grindyzer Inc.*

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
Naumon A. Amjed (DE Bar ID #4481)
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com

*Counsel for Grindyzer Inc.*

2