**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-00096-JLH |
| Plaintiff, | |
| v. | |
| CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY, | |
| Defendants. | |

**RESPONSE IN SUPPORT OF THE MOTION OF PAULA BOSLER FOR
APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF HER SELECTION OF LEAD COUNSEL**

Derrick B. Farrell (Bar No. 5747)
**BLEICHMAR FONTI & AULD LLP**
3411 Silverside Road
Baynard Building, Suite 104
Wilmington, Delaware 19810
Telephone: (302) 499-2112
Facsimile: (302) 691-1331
dfarrell@bfalaw.com

*Counsel for Proposed Lead Plaintiff Paula Bosler
and Proposed Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

Dated: April 7, 2025

Paula Bosler respectfully submits this response in support of her motion for appointment as Lead Plaintiff and approval of her selection of counsel. D.I. 14 (the "Motion").

On March 24, 2025, Ms. Bosler timely filed her Motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 77z-1(a)(3)(B), seeking appointment as Lead Plaintiff and approval of her selection of Bleichmar Fonti & Auld LLP as Lead Counsel for the Class. Five other movants also filed motions seeking Lead Plaintiff appointment. *See* D.I. 4, 7, 11, 15, 20. Ms. Bosler has reviewed the competing Lead Plaintiff motions and has determined that movant Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees ("Teamsters Local 237 Funds") has a larger financial interest in this case. *See* D.I. 21 at 4.

The PSLRA provides that, in selecting a Lead Plaintiff, courts "shall adopt a presumption" that the movant asserting the "largest financial interest in the relief sought by the class," that otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), is the "most adequate plaintiff" to represent the class. 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I). Here, as set forth in her Motion and supporting documents, Ms. Bosler suffered substantial losses of $134,000. D.I. 18 at 5. Ms. Bosler also satisfies the typicality and adequacy requirements of Rule 23 because her claims are typical of the members of the class, and Ms. Bosler will fairly and adequately protect the interests of the class. *Id.* at 6-8.

Given her substantial financial interest and ability to represent the class, should the Court find that Teamsters Local 237 Funds fail to meet the PSLRA's criteria for appointment, Ms. Bosler respectfully requests that the Court grant her Motion, appoint her as Lead Plaintiff, and approve her selection of counsel. *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii).

Dated: April 7, 2025

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Derrick B. Farrell*
Derrick B. Farrell (Bar No. 5747)
3411 Silverside Road
Baynard Building, Suite 104
Wilmington, Delaware 19810
Telephone: (302) 499-2112
Facsimile: (302) 691-1331
dfarrell@bfalaw.com

-and-

Javier Bleichmar
300 Park Ave., Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

-and-

Adam C. McCall
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (212) 789-2303
Facsimile: (415) 445-4020
amccall@bfalaw.com

*Counsel for Proposed Lead Plaintiff Paula Bosler, and Proposed Lead Counsel for the Putative Class*

2