IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | C.A. No.  1:25-cv-00096-JLH<br><br>Hon. Judge Jennifer L. Hall<br><br><u>CLASS ACTION</u> |
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | C.A. No.  1:25-cv-00356-JLH |

**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

1

On March 24, 2025, John D. Burgess ("Burgess") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Burgess as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons or entities that purchased or otherwise acquired shares of Crocs, Inc. common stock or call options between November 3, 2022, and October 28, 2024, inclusive; and (3) approving proposed Lead Plaintiff Burgess's selection of Pomerantz LLP as Lead Counsel and deLeeuw Law LLC as Liaison Counsel for the Class.  Dkt. No. 11.

Having reviewed the competing motions before the Court, it appears that Burgess does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This statement of non-opposition shall have no impact on Burgess's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  April 7, 2025                         Respectfully submitted,

                                           */s/ P. Bradford deLeeuw*
                                           P. Bradford deLeeuw
                                           1301 Walnut Green Road
                                           Wilmington, DE 19807
                                           Telephone: (302) 274-2180
                                           brad@deleeuwlaw.com

                                           *Counsel for John D. Burgess*

2

*Of Counsel:*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com