# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY CARRETTA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY, <br><br> Defendants. | Case No. 1:25-cv-00096-JLH |
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY, <br><br> Defendants. | Case No. 1:25-cv-00356-JLH |

**NOTICE OF NON-OPPOSITION OF NEIL SHAH AND RICHARD LUNN TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

Neil Shah and Richard Lunn ("Shah and Lunn") filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of counsel. *See* Dkt. No. 7. Five similar motions were filed by other putative class members in this action.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Shah and Lunn do not have the largest financial interest as required by the PSLRA. Accordingly, Shah and Lunn do not oppose the lead plaintiff motions of movants with larger financial interests.

However, if the Court determines that the lead plaintiff movants with financial interests larger than that of Shah and Lunn are incapable or inadequate to represent the class in this litigation, Shah and Lunn remain willing and able to serve as lead plaintiff or as class representatives. By this Notice of Non-Opposition, Shah and Lunn do not waive any rights to participate and recover as a class member in this litigation.

1

DATED: April 7, 2025

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

By: */s/ Ryan M. Ernst*
Ryan M. Ernst (ID No. 4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Email: rernst@bk-legal.com

*Liaison Counsel for Neil Shah and Richard Lunn*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
        clinehan@glancylaw.com

*Counsel for Neil Shah and Richard Lunn*

2