# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MICHAEL ANTHONY CARRETTA,
Individually and on Behalf of All Others
Similarly Situated,

          Plaintiff,

v.

CROCS, INC., ANDREW REES, ANNE
MEHLMAN, and SUSAN HEALY,

          Defendants.

Case No. 1:25-cv-00096-JLH

## STIPULATION AND ~~[PROPOSED]~~ SCHEDULING ORDER

Plaintiff Michael Anthony Carretta ("Plaintiff") and Defendants Crocs, Inc., Andrew Rees, Anne Mehlman, and Susan Healy (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order.

WHEREAS, on January 22, 2025, Plaintiff filed a putative class action complaint against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5, promulgated thereunder (the "Complaint");

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "PSLRA");

WHEREAS, the PSLRA provides that: (1) the plaintiff who files a securities class action shall publish notice to the purported class within 20 days of filing the action informing the class members of their right to seek appointment as lead plaintiff; (2) not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to

1

serve as lead plaintiff of the purported class; and (3) the court shall appoint lead plaintiff and lead counsel, *see* 15 U.S.C. § 78u–4(a)(3)(A) & (B);

WHEREAS, under the deadlines set by the PSLRA, lead plaintiff candidates in this case filed their motions on March 24, 2025;

WHEREAS, briefing on the lead plaintiff motions is now complete and the Court will appoint lead plaintiff and lead counsel in accordance with the PSLRA and controlling authority;

WHEREAS, the lead plaintiff and lead counsel may consider filing an amended complaint after they are appointed;

WHEREAS, an amended complaint would render any response to the Complaint moot; and

WHEREAS, through counsel, the Parties have met and conferred and agree that, consistent with the PSLRA, and to conserve the resources of the Court and the Parties, good cause exists to find that Defendants should not be required to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed and have filed an amended complaint or designated the current complaint as operative.

**IT IS ACCORDINGLY STIPULATED**, by and among the undersigned counsel, that:

1.     Counsel for Defendants will accept service on behalf of all Defendants without waiving or forfeiting any rights or defenses, including the right to contest venue and personal jurisdiction; and

2.     Defendants need not respond to the Complaint, and instead, counsel for Defendants and the Court-appointed lead plaintiff shall meet and confer within fourteen (14) days of the Court's appointment of lead plaintiff and lead counsel regarding a proposed schedule for further proceedings in this matter.

2

**IT IS SO STIPULATED.**

Dated: April 18, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/  Andrew Blumberg
Gregory V. Varallo (#2242)
Andrew Blumberg (#6744)
500 Delaware Avenue, Suite 901
Wilmington, DE  19801
 (302) 364-3600
greg.varallo@blbglaw.com
andrew.blumberg@blbglaw.com


**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Naumon A. Amjed (DE Bar ID #4481)
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
Email: namjed@ktmc.com
Email: rdegnan@ktmc.com

*Attorneys for Plaintiff*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ D. McKinley Measley
D. McKinley Measley (#5108)
Elizabeth A. Mullin Stoffer (#6380)
Jacob M. Perrone (#7250)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
(302) 658-9200
dmeasley@morrisnichols.com
emullin@morrisnichols.com
jperrone@morrisnichols.com


**GIBSON, DUNN & CRUTCHER LLP**
Monica K. Loseman*
Allison Kostecka*
Holly Rooke*
1900 Lawrence Street, Suite 3000
Denver, CO 80202
Telephone: (303) 298-5700
Fax: (303) 313-2829
Email: mloseman@gibsondunn.com
Email: akostecka@gibsondunn.com
Email: hrooke@gibsondunn.com


Brian M. Lutz*
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Fax: (415) 393-8306
Email: blutz@gibsondunn.com


*Attorneys for Defendants*

*\*Pro Hac Vice Application Forthcoming*

3

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

DATED:  __April 22, 2025__        _____
HONORABLE JENNIFER L. HALL
UNITED STATES DISTRICT JUDGE

4