**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MICHAEL ANTHONY CARRETTA,
Individually and on Behalf of All Others
Similarly Situated,

          Plaintiff,

v.

CROCS, INC., et al.,

          Defendants.

Case No. 1:25-cv-00096-JLH-EGT

**DECLARATION OF JACOB M. PERRONE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Jacob M. Perrone, hereby declare as follows:

1.      I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of all facts recited herein, and state that such facts are true and correct to the best of my knowledge, information, and belief, and, if called upon to do so, I would testify competently about them.

2.      I am duly admitted to practice law in the State of Delaware. I am an attorney at the law firm of Morris, Nichols, Arsht & Tunnell LLP and counsel of record for Defendants Crocs, Inc., Andrew Rees, and Anne Mehlman.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Crocs, Inc.'s Annual Report Form 10-K, dated February 16, 2022.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Crocs, Inc.'s Form 8-K Q1 2022 earnings press release, dated May 5, 2022.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of

Crocs, Inc.'s Q1 2022 earnings call, dated May 5, 2022.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of Crocs, Inc.'s Q2 2022 earnings press release, dated August 4, 2022.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of Crocs, Inc.'s Q2 2022 earnings call transcript, dated August 4, 2022.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of Crocs, Inc.'s Q3 2022 earnings press release, dated November 3, 2022.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of Crocs, Inc.'s Q3 2022 earnings call transcript, dated November 3, 2022.

10.    Attached hereto as **Exhibit 8** is a true and correct copy of Crocs, Inc.'s remarks at Morgan Stanley Global Consumer & Retail Conference, dated December 6, 2022.

11.    Attached hereto as **Exhibit 9** is a true and correct copy of Crocs, Inc.'s remarks at ICR Conference, dated January 10, 2023.

12.    Attached hereto as **Exhibit 10** is a true and correct copy of Crocs, Inc.'s ICR Conference presentation deck, dated January 10, 2023.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of Crocs, Inc.'s Annual Report Form 10-K for FY 2022, dated February 16, 2023.

14.    Attached hereto as **Exhibit 12** is a true and correct copy of Crocs, Inc.'s Q4 2022/FY22 earnings press release, dated February 16, 2023.

15.    Attached hereto as **Exhibit 13** is a true and correct copy of Crocs, Inc.'s FY22 earnings call transcript, dated February 16, 2023.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of Crocs, Inc.'s Q1 2023 earnings call transcript, dated April 27, 2023.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of Crocs, Inc.'s Q1 2023 earnings press release, dated April 27, 2023.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of Crocs, Inc.'s remarks at Robert W. Baird Global Consumer, Technology & Services Conference, dated June 7, 2023.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of Crocs, Inc.'s Baird conference presentation materials, dated June 7, 2023.

20.    Attached hereto as **Exhibit 18** is a true and correct copy of Crocs, Inc.'s Q2 2023 earnings call transcript, dated July 27, 2023.

21.    Attached hereto as **Exhibit 19** is a true and correct copy of Crocs, Inc.'s Q2 2023 earnings press release, dated July 27, 2023.

22.    Attached hereto as **Exhibit 20** is a true and correct copy of Williams Trading analyst report, dated August 16, 2023.

23.    Attached hereto as **Exhibit 21** is a true and correct copy of Crocs, Inc.'s Q3 2023 earnings call transcript, dated November 2, 2023.

24.    Attached hereto as **Exhibit 22** is a true and correct copy of Crocs, Inc.'s Q3 2023 earnings press release, dated November 2, 2023.

25.    Attached hereto as **Exhibit 23** is a true and correct copy of Crocs, Inc.'s Q4 2023/FY23 earnings press release, dated February 15, 2024.

26.    Attached hereto as **Exhibit 24** is a true and correct copy of Crocs, Inc.'s FY23 earnings call transcript, dated February 15, 2024.

27.    Attached hereto as **Exhibit 25** is a true and correct copy of Crocs, Inc.'s Annual Report Form 10-K for FY 2023, dated February 15, 2024.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of Williams Trading rating change, dated April 16, 2024.

29.     Attached hereto as **Exhibit 27** is a true and correct copy of Crocs, Inc.'s Q1 2024 earnings call transcript, dated May 7, 2024.

30.     Attached hereto as **Exhibit 28** is a true and correct copy of Crocs, Inc.'s Q1 2024 earnings press release, dated May 7, 2024.

31.     Attached hereto as **Exhibit 29** is a true and correct copy of Crocs, Inc.'s Q2 2024 earnings call transcript, dated August 1, 2024.

32.     Attached hereto as **Exhibit 30** is a true and correct copy of Crocs, Inc.'s Q2 2024 earnings press release, dated August 1, 2024.

33.     Attached hereto as **Exhibit 31** is a true and correct copy of Crocs, Inc.'s Q3 2024 earnings call transcript, dated October 29, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of February 2026 at Wilmington, Delaware.

MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP

*/s/ Jacob M. Perrone*

Jacob M. Perrone (#7250)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
(302) 658-9200
jperrone@morrisnichols.com

*Attorney for Defendants*

4